IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BOARD OF CURATORS OF<br>LINCOLN UNIVERSITY,<br><br>        Plaintiff,<br><br>v.<br><br>62nd & 65th REGIMENTS LEGACY<br>FOUNDATION, INC.,<br><br>        Defendant.<br>_____<br><br>62nd & 65th REGIMENTS LEGACY<br>FOUNDATION, INC., THOMAS J. COOPER,<br>and SHARLYN L. COOPER,<br><br>        Counter-Claimants,<br><br>v.<br>BOARD OF CURATORS OF<br>LINCOLN UNIVERSITY and<br>JOSEPH SIMMONS,<br><br>        Counter-Defendants. | Case No. 2:19-CV-04125-BCW |

## **ORDER OF DISMISSAL**

Having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination, it is hereby

ORDERED the above-styled action is DISMISSED with prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties. It is further

ORDERED Defendant's Motion to Dismiss (Doc. #45) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED: May 19, 2020                  /s/ Brian C. Wimes
                                                     JUDGE BRIAN C. WIMES